[No. 8314.    Department Two.    January 8, 1910.]

MINNEAPOLIS STEEL & MACHINERY COMPANY, *Respondent*, v.
AETNA INDEMNITY COMPANY, *Appellant*.[1]

Appeal from a judgment of the superior court for Yakima county, Preble, J., entered April 2, 1909, upon findings in favor of the plaintiff, in an action upon the bond of a contractor upon public work, after a trial before the court without a jury.    Affirmed.

*Peters & Powell* and *Wende & Taylor*, for appellant.
*Englehart & Rigg*, for respondent.

PER CURIAM.—For the reasons stated in *Cascade Lumber Co. v. Aetna Indemnity Co.*, *ante* p. 503, 106 Pac. 158, the judgment in this case must be affirmed.

[1]Reported in 106 Pac. 160.